VAN–063 Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Joan Gentry Jones
PO Box 8151
Rocky Mount, NC 27804

CASE NO.: 14–03568–5–SWH

DATE FILED: June 19, 2014

CHAPTER: 13

ORDER OF DISMISSAL

The court finds that Joan Gentry Jones has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Joan Gentry Jones file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Joan Gentry Jones and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: September 17, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge